# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00273-CV

In the Interest of N.M.M. and A.M.M., Children

On appeal from the
474th District Court of McLennan County, Texas
Judge Nikki Mundkowsky, presiding
Trial Court Cause No. 2024-2120-6

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant appealed the termination of his parental rights to his children, N.M.M. and A.M.M.  Counsel for Appellant has filed a motion to dismiss the appeal, stating that Appellant no longer wishes to prosecute his appeal.  The motion was signed by Counsel and Appellant.

Appellant's motion is granted.  Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

\
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  September 25, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

